PREMO, Acting P. J., Dissenting.
I respectfully dissent. A separate panel of this court recently decided in People v. Scott (2013) 216 Cal.App.4th 848 [157 Cal.Rptr.3d 305], review granted July 24, 2013, S211670, that the provisions of the Criminal Justice Realignment Act of 2011 (Realignment Act) are applicable to those defendants whose sentence was imposed prior to October 1, 2011, the effective date of the act, but whose sentence was executed after that date upon revocation of probation. Here, defendant’s sentence was imposed on April 12, 2011, prior to the effective date of the Realignment Act. However, sentence was not executed until November 3, 2011, after the effective date of the Realignment Act. Under the reasons set forth in Scott, I would affirm the judgment of the trial court ordering defendant serve his sentence in county jail.
A petition for a rehearing was denied August 27, 2013, and appellant’s petition for review by the Supreme Court was denied November 13, 2013, S213393.